JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

WADE M. RHYNE (CABN 216799)
Assistant United States Attorney

    1301 Clay Street, Suite 340-S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail:     wade.rhyne@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br>     Plaintiff, ) <br> ) <br>    v. ) <br> ) <br> BRUCE EDWARD ATKINS, ) <br>    a/k/a "Shit," ) <br> ) <br>     Defendant. ) <br> _____ ) | No. CR-08-00815 CRB <br><br> UNITED STATES' MOTION TO UNSEAL SEARCH WARRANT AND [PROPOSED] ORDER |

    The United States hereby moves the Court for an order unsealing those portions of the Application and Affidavit for Search Warrant and Search Warrant, No. 4:08-70772 WDB (collectively, "Search Warrant Documents"), that pertain to Defendant and Defendant's residence address at 5324 D'Avilla Way, #H, El Sobrante, California.  Specifically, the United States requests that the Court order that those portions of the Search Warrant Documents for Defendant's residence address at 5324 D'Avilla Way, #H, El Sobrante, California, which was issued on November 12, 2008, be unsealed for the sole purpose of allowing the United States to: (1) copy the Search Warrant Documents; (2) redact unrelated information from the Search

1  Warrant Documents on grounds that the same affidavit supported multiple search warrants not
2  related to Defendant; and (3) provide redacted copies of the Search Warrant Documents to
3  Defendant in discovery pursuant to the Jencks Act, 18 U.S.C. § 3500, et seq.

5  Dated: April 10, 2009                    Respectfully submitted,

6                                           JOSEPH P. RUSSONIELLO
                                            United States Attorney

                                            /s/ WMRy

9                                           _____
                                            WADE M. RHYNE
                                            Assistant United States Attorney

UNITED STATES' MOT. TO UNSEAL
SEARCH WARRANT & [PROPOSED] ORDER
No. CR-08-00815 CRB

**[PROPOSED] ORDER**

Based upon the motion of the United States and for good cause shown, it is hereby ORDERED that the Application and Affidavit for Search Warrant and Search Warrant, No. 4:08-70772 WDB (collectively, "Search Warrant Documents"), be UNSEALED for the sole purpose of allowing the United States to: (1) copy the Search Warrant Documents; (2) redact unrelated information from the Search Warrant Documents on grounds that the same affidavit supported multiple search warrants not related to Defendant; and (3) provide redacted copies of the Search Warrant Documents to Defendant in discovery pursuant to the Jencks Act, 18 U.S.C. § 3500, et seq.

DATED: __ April 21, 2009 ___

HON. _____
United States Magistrate Judge

IT IS SO ORDERED
Judge Bernard Zimmerman

UNITED STATES' MOT. TO UNSEAL
SEARCH WARRANT & [PROPOSED] ORDER
No. CR-08-00815 CRB