IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>  v.<br>BRUCE ATKINS,<br>    Defendant.                       / | No. CR 08-00815 CRB<br>**ORDER** |

The Court, having carefully reviewed the parties' pretrial motions, directs the government to file a response to Defendant's motion for severance in advance of jury selection on Thursday, October 8, 2009. The government is further directed to produce Officers Lonso and Castillo for testimony in court on the afternoon of Thursday, October 8, 2009.

**IT IS SO ORDERED.**

Dated: October 6, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\815\order re pretrial motions.wpd